EDWARD FARRELL, Respondent, v. CITY OF NEW YORK, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LOUISA HACKBART, as Administratrix, etc., Respondent, v. WILLIAM H. C. BRENNER and CAROLINE E. BRENNER, Appellants.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs, pursuant to stipulation. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THEODORE B. HENNENLOTTER, as Trustee in Bankruptcy of HENRY GREENE and Others, Respondents, v. HENRY SEINFEL and Others, Appellants.— Motion to resettle order granted and order resettled by adding thereto the words " without prejudice to an application to vacate judgment and open defendants' default for failure to answer." Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

OSCAR HUTTLINGER, Respondent, v. OSCAR C. HUTTLINGER and HENRY ROHLFS, as Executors, etc., Defendants, and CHARLOTTE HUTTLINGER, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Petition of EDWARD E. DEAN, Respondent, to Establish and Enforce an Attorney's Lien against THOMAS F. TEVLIN and ANNA M. TEVLIN, Either or Both of Them, Respondents, Appellants, and Certain Premises in Queens County, New York, and to Foreclose the Same against the Premises.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of M. MILTON GEWERTZ, an Attorney.— Motion to confirm reports of official referee granted, respondent disbarred and his name ordered stricken from the roll of attorneys. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of EMIL KATZKA, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.